**MEMO ENDORSED**

4/7/20

United States District Court
Southern District of New York

| United States of America | 11 CR 00630 (KMK) |
| Plaintiff | Motion for Immediate Release |
| V.S | |
| Raheem Wilson 65705-054 | |
| Defendant | |

I, Raheem Wilson 65705-054 Pro se Movant in this Motion. Motion for Immediate Release. Due to Corona Virus President Trump Signed off for Inmates that are 3 years or lower in their sentence Should be considered for Immediate Release in Which I over qualify due to the fact I have 2 years left on my sentence, not to mention I also qualified for the First Step Act that was Passed last year. Please accept my motion for Immediate Release due to those facts I State.

I Raheem Wilson Under the Penalty of Perjury declare the foregoing to be true and correct to the best of my Knowledge.

Raheem Wilson 4/7/20
Raheem Wilson

The application for immediate release is denied. Wilson has not demonstrated that he has exhausted his administrative remedies, which he must do to obtain court relief under 18 U.S.C. Section 3582(c). Indeed, there is nothing in Wilson's submission that suggests he has even begun to invoke his administrative remedies. Accordingly, the application is denied without prejudice. Should Wilson exhaust his remedies, or should 30 pass after he pursues these remedies and BOP does not act, then Wilson may re-file his application. However, if he does re-file, Wilson would be advised to specify why his situation is extraordinary. For example, he should substantiate any claim that he faces a particular risk to being vulnerable to COVID-19 or that the facility where he is being housed presents a particular danger.

The Government is to mail this endorsement to Wilson and certifiy that it has done so by May 1, 2020.

So Ordered.

4/28/20

---

Reem Wilson 66905-054
United States Penitentiary Coleman 2
P.O. Box 1034
Sumter FL 33521

USM P3
SDNY

United States District Court
500 Pearl St
New York, NY 10007

Crim
Gp

FOREVER / USA