MEMO ENDORSED

3/19/20

United States District Court
Southern District of New York

United States of America
    Plaintiff

v.s.

Rakeem Wilson 68705-054
    Defendant

11 cr 00630 (kmk)

Motion for Immediate Release

> Application is denied. Mr. Wilson is not suffering from any of the pre-existing conditions that the CDC has identified as placing people in at-risk-categories. His cysts have been treated, and, in any event, do not place him in any risk. His claim of suffering from asthma is contradicted by the medical records and even if true is not enough by itself to make out an extraordinary or compelling case for release, especially given Mr. Wilson's age. Moreover, his crime of conviction argues strongly in favor of denying the application, as Mr. Wilson is a demonstrated danger to the community and his early release for his serious crime would undermine the respect for the law.
>
> The Government is to mail this memo endorsement to Mr. Wilson and certify that it did so by 6/12/20.
>
> So Ordered. [signature] 6/8/20

I Rakeem Wilson 68705-054 Pro se Movant In this motion Motion for Immediate Release Due to COVID-19 Virus President Trump signed off for inmates that are 3 year's or less on their Sentence Should be considered for Immediate Release in which I qualify. I had recieved the response from the court Stating that I didn't demonstrate my administrative remedies. In which is not true, I filled out a compassionate release form. But my Case manager never came to pick it up. So I had gave it to my unit Manger Jones. In which he never turned it into my case manager. But I guess when the Courts recieved my first Motion and called up here is when

My Case Manager Ms. Fagg decide to come down to the Special housing unit. Were I've been in confinement since May 22, 2019, for a accident that I had nothing to do with. I've been in the Special Housing unit for over a year now with no type of infractions. They just been hiding me back here. It took me to write the Southeast Regional office and a letter the Washington DC Central office. So investigate why am I being held in the Special Housing unit. Since I've been back here I've done caught all type of medical issue's. In which I put in request after request to see the doctor but was never seen. I've had a bump on my left ankle that's been bothering me for the last 7 months. I've asked the medical staff many times to test me for cancer, because I know that it runs in my family and they told me they don't test for cancer here. Also I've been have hard times breathing and I wrote the medical staff about that and they still have not come to see me. About 10 months ago I had caught a hernia on my right side of my stomach. I was seen by the medical staff here back then and was suppose to go out for surgery. But here I am still in pain because I have not had my surgery yet.

Coleman 2 has the worst medical staff I think in the FBOP. There has been on going investigations on this place about staff and administration stealing the tax payers dollars here. Especially in the medical field, that the reason I'm asking for Immediate Release from this Corona virus. Because if I was to catch it I would not recieve the medical treatment that I would need to fight it off. Right now as we speak their are inmates on the compound that are infected with Covid-19 and is been held in one of the units here. They have emptied two unit here, 21 unit, 22 unit were they are housing inmates that have contacted Covid-19. They came up with a plan that is not a good Idea to me. Their plan is to put inmate that contracted the virus in them units that I just mention. They not providing them with no real medical care. They are not about to be funding a bunch of outside doctor trip for inmates that catch this virus trust and believe that. Today 5/19/20 was the first time that I went out to see about my hernia that I caught back in August 2019. So I already know what they going to do if I was to catch that Covid-19. They going to place me in one of them units to

die. I've been having hard times breathing already, such as wheezing and choking. I told the medical staff in a medical request form (sick call) that my chest been hurting and I'm having a hard time breathing sometime. That I think I got asthma which also run in my family. But to no avail has anybody came and check me out. So that's why I'm writing this Motion for Immediate Release. Because god forbid it I was to catch this Covid-19 I would not get the medical treatment that I would deserve. In which I basically would be out of luck. I was not sentence to death I was sentence to 10 years. But if I was to stay in this to of place were the medical would not be able to save me if I caught Covid-19. Then it would be like I was sentence to death. So I ask the court to take my motion in to consideration due to the fact I set forth in this motion.

I Rakeem Wilson under the penalty of perjury declear the foregoing to be true and correct to the best of my knowledge.

Rakeem Wilson 5/17/20
Rakeem Wilson